UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTHONY MARRACCINI,

                  Plaintiff,

    -against-                                    19 **CIVIL** 8458 (VB)

## **JUDGMENT**

RONALD BELMONT, Supervisor of the Town of Harrison, New York, and Mayor of the Village of Harrison, New York; FRANK ALLEGRETTI, Town Attorney of the Town of Harrison, New York, and Village Attorney of the Village of Harrison, New York; FRED SCILIANO, Deputy Supervisor of the Town of Harrison, New York, and Deputy Mayor of the Village of Harrison, New York; STEPHEN MALFITANO, Councilman of the Town of Harrison, New York, and Trustee of the Village of Harrison, New York; JOSEPH STOUT, Councilman of the Town of Harrison, New York, and Trustee of the Village of Harrison, New York; TOWN BOARD of the Town of Harrison, New York; VILLAGE BOARD OF TRUSTEES of the Village of Harrison, New York; TOWN OF HARRISON, NEW YORK; and VILLAGE OF HARRISON, NEW YORK,

                  Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 10, 2020, defendants' motion to dismiss is GRANTED. The motion for sanctions is DENIED; accordingly, this case is closed.

**Dated:**  New York, New York

      September 10, 2020

                                                             **RUBY J. KRAJICK**

                                                             _____
                                                             **Clerk of Court**
                           **BY:**     *K. Mango*
                                                             _____
                                                             **Deputy Clerk**